CARMINE TRALIO, PLAINTIFF, v. AMERICAN CYANAMID CO., DEFENDANT-RESPONDENT, AND INDUSTRIAL FOOD CRAFTS, INC., DEFENDANT-PETITIONER.

*Mr. John W. Taylor* for the petitioner.

*Messrs. Doyle, Galvin, French & Melhuish* for the respondent.

September 17, 1962.  Denied.

JOSEPH ORLOVSKY, *ET AL.*, PLAINTIFF-PETITIONERS, v. BETH ISRAEL CEMETERY ASSOCIATION, *ET AL.*, DE-FENDANTS-RESPONDENTS.

*Messrs. Hofstra & Hofstra, Mr. Howard Stern* and *Mr. J. Theodore Abrams* for the petitioners.

*Mr. William Boorstein, Mr. Clive Cummis* and *Mr. David H. Wiener* for the respondents.

September 17, 1962.  Denied.